## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Giles, Anthony L

Printed:  10/2/07

Case Number:  07 B 06054
Judge:  Wedoff, Eugene R

Filed:  4/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 16, 2007
Confirmed:  None

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 115.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 108.79 |
| Trustee Fee: |  | 6.21 |
| Other Funds: |  | 0.00 |
| Totals: | 115.00 | 115.00 |

### DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 108.79 |
| 2. | Asset Acceptance | Unsecured | 127.04 | 0.00 |
| 3. | United Collection Bureau Inc | Unsecured | 20.90 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 736.50 | 0.00 |
| 5. | American Fair Credit Association | Unsecured |  | No Claim Filed |
| 6. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 7. | Surburban Emergency Physician | Unsecured |  | No Claim Filed |
| 8. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 9. | Household Bank (SB) N A | Unsecured |  | No Claim Filed |
| 10. | Leading Edge | Unsecured |  | No Claim Filed |
| 11. | Lincoln Financial Service | Unsecured |  | No Claim Filed |
| 12. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 13. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 14. | Midwest Diagnostic Pathology, SC | Unsecured |  | No Claim Filed |
| 15. | Palmer And Reisler | Unsecured |  | No Claim Filed |
| 16. | SBC | Unsecured |  | No Claim Filed |
| 17. | Midwest Title | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,718.44 | $ 108.79 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 6.21 |
|  | _____ |
|  | $ 6.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Giles, Anthony L

Printed:  10/2/07

Case Number:  07 B 06054
Judge:  Wedoff, Eugene R
Filed:  4/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_